**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

Gerald Kiner,

    Plaintiff,

    v.                                          Case No. 2:25-cv-02987-BCL-tmp

City of Memphis, Memphis, Light Gas & Water
Division (MLGW), John Does (1-10),

    Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff, proceeding *pro se*, filed a motion for class certification. Doc. 10. On May 15, 2026, Chief Magistrate Judge Tu Pham[1] issued a Report and Recommendation that the Motion should be denied. Doc. 95. The deadline to file objections has passed and Defendant did not file an objection.

A United States District Court Judge may designate a United States Magistrate Judge to submit proposed findings of fact and conclusions of law for disposition by the District Judge of certain motions. 28 U.S.C. § 636(b)(1)(B). The District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," and "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* The district court is not required to review—

---

[1] Pursuant to Administrative Order No. 2013-05, this case was referred to the United States Magistrate Judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate.

under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Based upon the lack of any objection, the Court **ADOPTS** the Report and Recommendation (Doc. 95) in full. Accordingly, the Motion for Class Certification (Doc. 10) is **DENIED**.

**IT IS SO ORDERED**, this 30th day of June, 2026.

s/ *Brian C. Lea*

BRIAN C. LEA
UNITED STATES DISTRICT JUDGE

2